IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:16-CR-221-MOC-DCK

| UNITED STATES OF AMERICA, | ) |  |
|---|---|---|
| Plaintiff, | ) |  |
| v. | ) | **ORDER** |
| PAULA SACCOMANNO, | ) |  |
| Defendant. | ) |  |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* And Affidavit" (Document No. 73) filed by David S. Rudolf, concerning Richard G. Lubin on May 2, 2017. Mr. Richard G. Lubin seeks to appear as counsel *pro hac vice* for Defendant Paula Saccomanno. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* And Affidavit" (Document No. 73) is **GRANTED.** Mr. Richard G. Lubin is hereby admitted *pro hac vice* to represent Defendant Paula Saccomanno.

**SO ORDERED**.

Signed: May 2, 2017

David C. Keesler
United States Magistrate Judge