UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:16-cr-221-MOC

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA**, | ) ) ) | |
| v. | ) ) | ORDER |
| **PAULA SACCOMANNO and DENNIS SWERDLEN,** | ) ) ) | |
| Defendants. | | |

**THIS MATTER** is before the court on the parties' Joint Motion to Continue Sentencing Hearings (#212). Having considered the motion and reviewed the pleadings, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that the parties' Joint Motion to Continue Sentencing Hearings (#212) is **GRANTED,** and the Clerk of Court is respectfully instructed to place the sentencing hearings for defendants on the next appropriate sentencing calendar.

Signed: March 13, 2018



Max O. Cogburn Jr.
United States District Judge